**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-03642-CNS

JOSE ALONSO ESPINOZA RUIZ,

      Petitioner,

v.

JUAN BALTAZAR, in his official capacity as warden of the Aurora Contract Detention
Facility;
ROBERT HAGAN, in his official capacity as Field Office Director, Denver, U.S.
Immigration and Customs Enforcement,
KRISTI NOEM, in her official capacity as Secretary, U.S. Department of Homeland
Security;
TODD LYONS, in his official capacity as Acting Director of Immigration and Customs
Enforcement; and
PAMELA BONDI, in her official capacity as Attorney General of the United States,

      Respondents.

---

**FINAL JUDGMENT**

---

      In accordance with the orders filed during the pendency of this case, and

pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

      Pursuant to the ORDERS of United States District Judge Charlotte N. Sweeney

entered on November 26, 2025, [ECF No. 18] and February 6, 2026, [ECF No. 27], it is

      ORDERED that the Petition for Writ of Habeas Corpus [ECF No. 1] is

GRANTED. It is

      FURTHER ORDERED that, as the prevailing party, the plaintiff is awarded costs,

to be taxed by the Clerk of Court pursuant to Fed.R.Civ.P. 54(d)(1), D.C.COLO.LCivR

54.1 and 28 U.S.C. §2412(a)(1). It is

FURTHER ORDERED that this case is closed.


Dated at Denver, Colorado this 6th day of February, 2026.



FOR THE COURT:

JEFFREY P. COLWELL, CLERK


By:   s/  J. Dynes
_____
J. Dynes, Deputy Clerk